# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE PAPP,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant(s). | Case No. 2:13-cv-00997-GMN-NJK<br><br>ORDER SETTING ORAL ARGUMENT |

　　　　This case involves judicial review of administrative action by the Commissioner of Social Security ("Commissioner"). Currently pending before the Court is Plaintiff's Motion for Reversal and/or Remand. Docket No. 21. The Commissioner filed a response in opposition and a Cross-Motion to Affirm. Docket Nos. 24-25. No reply was filed. This action was referred to the undersigned magistrate judge for a report of findings and recommendation pursuant to 28 U.S.C. 636(b)(1)(B)-(C) and Local Rule IB 1-4.

　　　　The Court hereby **SETS** oral argument for April 9, 2015, at 4:15 p.m. in Courtroom 3B.

　　　　IT IS SO ORDERED.

　　　　DATED: March 6, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge