# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE PAPP, | ) |
| Plaintiff(s), | ) Case No. 2:13-cv-00997-GMN-NJK |
| vs. | ) ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant(s). | ) |

Pending before the Court is Plaintiff's counsel's motion to appear telephonically at the hearing scheduled for April 9, 2015.  Docket No. 30.  The motion is hereby GRANTED.  Counsel may appear telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing.  The conference code is 123456.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: March 11, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge