# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE PAPP,<br><br>           Plaintiff(s),<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>           Defendant(s). | Case No. 2:13-cv-00997-GMN-NJK<br><br>ORDER GRANTING MOTION TO<br>APPEAR TELEPHONICALLY<br><br>(Docket No. 34) |

      Pending before the Court is Defendant's counsel's motion to appear telephonically at the hearing scheduled for April 30, 2015. Docket No. 34. The motion is hereby GRANTED. Counsel may appear telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

      IT IS SO ORDERED.

      DATED: April 22, 2015

                                                            NANCY J. KOPPE<br>                                                           United States Magistrate Judge