UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRINE PAPP,<br><br>            Plaintiff,<br>     vs.<br><br>CAROLYN W. COLVIN, acting<br>Commissioner of Social Security<br><br>            Defendant. | Case No.: 2:13-cv-00997-GMN-NJK<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE KOPPE** |

Before the Court for consideration is the Report and Recommendation (ECF No. 37) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered May 4, 2015.

Pursuant to Local Rule IB 3-2(a), objections were due by May 21, 2015. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Koppe's recommendation that Plaintiff's Motion to Remand (ECF No. 21) be denied and that Defendant's Cross-Motion to Affirm (ECF No. 24) be granted. Therefore, the Court has determined that Magistrate Judge Koppe's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 37) is **ACCEPTED and ADOPTED in full**. Plaintiff's Motion to Remand (ECF No. 21) is **DENIED** and Defendant's Cross-Motion to Affirm (ECF No. 24) is **GRANTED**.

The Clerk shall enter judgment accordingly and close the case.

**DATED** this 23rd day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court